**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | **:** | |
| **MESHA GRAY,** | **:** | |
| **on behalf of her minor child, M.B.** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | **Civil Action No. 07-0013 (RJL)** |
| | **:** | |
| **DISTRICT OF COLUMBIA,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |

**NOTICE OF ENTRY OF APPEARANCE**

The Clerk of the Court will please note the entry of the appearance of Amy

Caspari, Assistant Attorney General, herein, as counsel for Defendants in this matter.

                Respectfully submitted,

                LINDA SINGER
                Acting Attorney General
                for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                */s/ Edward P. Taptich*
                EDWARD P. TAPTICH [#012914]
                Chief, Equity Section II

                */s/ Amy Caspari*
                Amy Caspari [#488968]
                Assistant Attorney General
                441 Fourth Street, N.W.
                Sixth Floor South
                Washington, D.C. 20001
                (202) 724-7794

January 16, 2007            email:  amy.caspari@dc.gov