AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | January 5, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Camille McKenzie | Office Manager |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: DC Mayor's Office rm 419 1350 Pennsylvania Ave NW Washington DC 20004

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: Tabatha Braxton

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $ 10.88 | $ 3.63 | $ 14.51 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/5/07
             Date

Signature of Server: Camille McKenzie

Address of Server: 1726 Connecticut Ave NW Washington DC 20009

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.