IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MESHA GRAY,**<br>　　　　Plaintiff,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br>　　　　Defendant. | )<br>)<br>)<br>)　**Civil Action No. 07-13**<br>)　**RJL**<br>)<br>)<br>)<br>) |

## REPORT OF PARTIES UNDER LOCAL RULE 16.3

**Joint Statement of the Case and its Bases**

This is a case brought under the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. § 1400 *et. seq.* ("IDEIA"), following an administrative decision dismissing all of the Plaintiff's claims. The Plaintiff seeks reimbursement of money spent providing speech and language services to her daughter through private providers.

**Parties' Proposed Schedule**

The Parties have conferred regarding scheduling, and state as follows:

1. The Parties expect the case to be resolved by dispositive motion.

2. The Parties have discussed the issues in the case, and do not expect to narrow the issues any further.

3. The Parties do not wish the case to be referred to a magistrate judge.

4. The Parties do not believe that settlement will be possible.

5. The Parties do not think that this case would benefit from ADR.

6. The parties have agreed to the following schedule of deadlines in light of the Defendant's intention to file a motion to Dismiss within the next seven days:

1

- April 13, 2007 – Defendant's filing of administrative record;

- Within 30 days of any denial of the Defendant's Motion to Dismiss, Plaintiff's Motion for Summary Judgment due;

- Twenty days after the filing of the Plaintiff's Motion for Summary Judgment, the Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment due;

- Fifteen days after that filing, Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Reply to Defendant's Opposition due;

- Fifteen days after that filing, Defendant's Reply to Plaintiff's Opposition due.

7. The Parties stipulate to dispense with the requirements of Rule 26(a)(1).

8. The Parties do not currently believe that discovery or experts will be necessary.

9. The Parties do not recommend bifurcation.

10. The Parties propose that all other scheduling be decided if necessary following the resolution of the motions for summary judgment.

Respectfully submitted,

/s/ _____
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave. NW, Suite 400
Washington, DC  20009
(ph) (202) 265-4260
(f) (202) 265-4264

/s/_____
Amy Caspari
Assistant Attorney General
for the District of Columbia
Civil Division, Equity II
441 4th St., N.W., 6th Fl. S
Washington, D.C. 20001
202-724-7794 phone
202-727-6014 fax

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MESHA GRAY,<br>      Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br>      Defendant. | Civil Action No. 07-13 RJL |

## ORDER

This matter, having come before the Court for an initial scheduling conference and having considered the requests of the Parties, this Court issues the following scheduling order. It is hereby

ORDERED that the Parties shall comply with the following directives:

1) The Defendant shall file the administrative record and the transcript of the administrative hearing on or before April 13, 2007.

2) Within 30 days of any denial of the Defendant's Motion to Dismiss, the Plaintiff shall file her Motion for Summary Judgment;

3) Within twenty days of the Plaintiff filing her Motion, the Defendant shall file its Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment;

4) Fifteen days thereafter, the Plaintiff shall file her Plaintiff Opposition to Defendant's Motion for Summary Judgment and Reply to Defendant's Opposition;

5) Fifteen days thereafter, the Defendant shall file its Reply to Plaintiff's Opposition.

It is further ORDERED that this matter is exempt from the requirements of FRCP 26(a)(1).

SO ORDERED.

_____
Judge Richard J. Leon
United States District Judge