**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **MESHA GRAY,** ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-13 |
| v. ) | RJL |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| Defendant. ) | |

FILED

MAR 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

This matter, having come before the Court for an initial scheduling conference and having considered the requests of the Parties, this Court issues the following scheduling order. It is hereby

ORDERED that the Parties shall comply with the following directives:

1) The Defendant shall file the administrative record and the transcript of the administrative hearing on or before April 13, 2007.

2) Within 30 days of any denial of the Defendant's Motion to Dismiss, the Plaintiff shall file her Motion for Summary Judgment;

3) Within twenty days of the Plaintiff filing her Motion, the Defendant shall file its Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment;

4) Fifteen days thereafter, the Plaintiff shall file her Plaintiff Opposition to Defendant's Motion for Summary Judgment and Reply to Defendant's Opposition;

5) Fifteen days thereafter, the Defendant shall file its Reply to Plaintiff's Opposition.

It is further ORDERED that this matter is exempt from the requirements of FRCP 26(a)(1).

SO ORDERED.

                                                              _____
                                                              Judge Richard J. Leon
                                                              United States District Judge