**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MESHA GRAY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-0013 (RJL) |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ERRATA**

The Defendant's Motion to Dismiss the Complaint ("Motion"), filed with this Court on March 16, 2007, cited exhibit 5 in footnote 1 (p.2). Instead, it should have cited to exhibit 6, which was not attached. Thus, Defendant respectfully submits exhibit 6 herein, to be attached to Defendant's Motion.

                                                                                               Respectfully Submitted,

                                                                                               LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

***/s/ Edward P. Taptich***
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Amy Caspari*
Amy Caspari [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794

April 27, 2007                amy.caspari@dc.gov

**DECLARATION OF OLONDA OLIVER**

1.  My name is Olonda Oliver. I am an Account Payable Technician for the Accounts Payable Unit of the Office of the Chief Financial Officer with the District of Columbia. My responsibilities include processing invoices for payment for the Office of Special Education.

2.  As to Meisha Gray, o.b.o. M.B., I contacted Ms. Gray on September 27, 2006 to request a Form W-9 so that she could be entered in the system and receive $120.00 reimbursement for the paid receipts that she submitted to this office. She asked me if I could mail a form to her, which I did, along with my fax number and DCPS' mailing address.

3.  On October 9, 2006, I followed up with Ms. Gray to verify that she did received the W-9 and told her that she could fax me the form, mail to DCPS, or submit it to me in person.

4.  Ms. Gray stated that because the reimbursement was only $120.00, she wanted to compile additional receipts and submit them along with the W-9.

5.  I informed Ms. Gray that I could not make any payments until I received the W-9.

6.  To date, I have not received any documents from Ms. Gray.

7.  Additionally, I checked the system on February 27, 2007 and Ms. Gray had been entered in the system. I was never informed by Ms. Gray that she elected to submit the Form W-9 without the receipts. I processed Ms. Gray's reimbursement today, February 28, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: February 28, 2007.

_____
Olonda Oliver